**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA**

**CASE NO.**

BROOKE KIRBY,

        Plaintiff,

   v.

THE COTTAGES OF PORT RICHEY,
INC. AND TRUSTED SENIOR CARE,
INC.,

        Defendants.

_____/

**NOTICE OF REMOVAL**

Defendants, The Cottages of Port Richey, Inc. and Trusted Senior Care, Inc., (hereinafter collectively "Defendants"), by and through their undersigned counsel and pursuant to 28 U.S.C. §§ 1331, 1441, & 1446 and Rule 81(c) of the Federal Rules of Civil Procedure, hereby file this Notice of Removal and remove this action from the Circuit Court of the Sixth Judicial Circuit in and for Pasco County, Florida.  As grounds for this removal, Defendants state as follows:

1.     Defendants have been named as party defendants in the case of *Brooke Kirby v. The Cottages of Port Richey, Inc. and Trusted Senior Care, Inc.*, Case No. 512019CA001375CAAXES, pending in the Circuit Court of the Sixth Judicial Circuit, in and for Pasco County, Florida.

2.     The original Summons and Complaint was filed in state court on April 22, 2019 and served upon Defendants on or about June 6, 2019.

3.      Counts I and II of the Complaint allege violations of The Fair Labor Standards Leave Act ("FLSA"), a federal law.  Because the alleged FLSA claims in Counts I and II arise under the laws of the United States (i.e., they present a federal question), this action is properly removable to the United States District Court, Middle District of Florida, as this action is within the Court's original jurisdiction. *See* 28 U.S.C. §§ 1331 & 1441. In this regard, 28 U.S.C. § 1331 states: "[t]he district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treatises of the United States."  Further, pursuant to 28 U.S.C. § 1441(a), "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district or division embracing the place where such action is pending."

4.      This case is being timely removed to Federal Court within thirty (30) days of service, as provided in 28 U.S.C. § 1446(b).

5.      In accordance with the provisions of 28 U.S.C. § 1446(a), copies of all process, pleadings and orders served upon the Defendants are attached hereto as Exhibit "A".

6.      Written notice of the filing of this removal notice has been given to Plaintiff through her counsel, and a copy of the Notice of Removal was filed with the Clerk of the Circuit Court, in accordance with the provisions of 28 U.S.C. § 1446(d).

**WHEREFORE**, the Defendants respectfully remove this matter from the Circuit Court of the Sixth Judicial Circuit Court in and for Pasco County, Florida, *Brooke Kirby v. The Cottages of Port Richey, Inc. and Trusted Senior Care, Inc.*, Case No. 512019CA001375CAAXES to the United States District Court for the Middle District of Florida.

2

Respectfully submitted,

By: _/s/Candace D. Cronan_____
Candace D. Cronan, Esquire
Florida Bar No: 90983
MCGUINNESS & CICERO
1000 Sawgrass Corporate Parkway, Suite 590
Sunrise, Florida   33323
Tel: (954) 626-5028 / Fax: (954) 838-8842
E-mail:  Candace.Cronan@mc-atty.com
*Attorneys for Defendants*

### CERTIFICATE OF SERVICE

I hereby certify that on July 3, 2019, I electronically filed the foregoing through the CM/ECF system and also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

By:    /s/Candace D. Cronan
Candace D. Cronan, Esq.
Florida Bar No: 90983

<u>**SERVICE LIST**</u>

**Brooke Kirby v. The Cottages of Port Richey, Inc. and Trusted Senior Care, Inc.**
**U.S. District Court for the Middle District of Florida**
**Case No.**

**Steven G. Wenzel, Esq.**
WENZEL FENTON CABASSA, P.A.
1110 North Florida Avenue, Suite 300
Tampa, FL 33602
E-mail:  swenzel@wfclaw.com
Attorneys for Plaintiff, Brooke Kirby
*Via CM/ECF Notice of Electronic Filing*